UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ECOLAB, INC.,<br><br>    Defendant. | Case No. 14-cv-01181-JD<br><br>**ORDER ON ACCEPTANCE OF OFFER OF JUDGMENT**<br><br>Re: Dkt. No. 19 |

On September 2, 2013, Plaintiff Carlos A. Lopez filed an acceptance of Defendant Ecolab, Inc.'s Offer of Judgment under Federal Rule of Civil Procedure 68. *See* Dkt. No. 19. Rule 68 requires the clerk to enter judgment. The parties will file a proposed order of judgment and e-mail a Word version of that order to the Court's proposed orders inbox, jdpo@cand.uscourts.gov. The Court denies as moot Defendant's Motion to Dismiss, (Dkt. No. 17), and vacates the July 2, 2014 hearing and case management conference.

**IT IS SO ORDERED.**

Dated: June 20, 2014

JAMES DONATO
United States District Judge