JOSE Z. MARIN, Bar No. 291457
jose@josemarinlaw.com
Attorney at Law
2501 Bryan Street
San Francisc, CA 94110
Telephone: 415.527.0057
Facsimile: 866.561.4546

Attorneys for Plaintiff
CARLOS A. LOPEZ


JODY A. LANDRY, Bar No. 125743
jlandry@littler.com
CARYN M. ANDERSON, Bar No. 247038
cmanderson@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, California 92101.3577
Telephone:   619.232.0441
Facsimile:    619.232.4302

Attorneys for Defendant
ECOLAB INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. LOPEZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>ECOLAB, INC.,<br><br>            Defendant. | Case Nos.: 3:14-cv-01181-JD<br><br>**JOINT [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND ENTRY OF JUDGMENT**<br><br>Complaint Filed: March 13, 2014<br>First Amended Complaint Filed: May 8, 2014 |

Pursuant to Defendant Ecolab Inc. ("Defendant") and Plaintiff Carlos A. Lopez's ("Plaintiff") Settlement Agreement and Release of Claims and the Court's June 20, 2014, Order On Acceptance Of Judgment, the parties, by and through their respective counsel, hereby submit the Joint Proposed Order Dismissing The Case With Prejudice and entering judgment attached hereto.

Dated: July 7, 2014

/s/ Jose Z. Marin
JOSE Z. MARIN
jose@josemarinlaw.com
Attorney at Law
Attorneys for Plaintiff
CARLOS A. LOPEZ

Dated: July 7, 2014

/s/ Jody A. Landry
JODY A. LANDRY
CARYN M. ANDERSON
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ECOLAB INC.

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Case No.: 3:14-cv-01181-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS A. LOPEZ,

    Plaintiff,

vs.

ECOLAB, INC.,

    Defendant.

Case No. 3:14-cv-1181-JD

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND ENTRY OF JUDGMENT

Pursuant to the parties' settlement agreement and Plaintiff' Carlos A. Lopez's acceptance of Defendant Ecolab Inc.'s Offer of Judgment under Federal Rule of Civil Procedure 68, the Court hereby orders the case dismissed, <u>with prejudice</u>. Defendant's settlement of the action and Rule 68 offer of judgment do not constitute admissions of liability. Further, Plaintiff waives any rights he may have had under Civil Code Section 1542. Judgment shall be entered in Plaintiff's favor in the amount of $5,000.00 inclusive of any and all costs and attorneys' fees otherwise recoverable in this action.

**IT IS SO ORDERED**.

Dated: July 7, 2014

_____
JAMES DONATO
United States District Judge